THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MORMAN, Appellant.— Judgment of the Supreme Court, Queens County, rendered March 8, 1973, affirmed (cf. *People* v. *McClain*, 35 N Y 2d 483, affg. 42 A D 2d 868). Hopkins, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLANDO PARRA, Appellant.— Judgment of the Supreme Court, Queens County, rendered May 14, 1974, affirmed (*People* v. *Broadie*, 45 A D 2d 649). Hopkins, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEFFREY STEVENS, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed February 23, 1973. Sentence affirmed (cf. *People* v. *McClain*, 35 N Y 2d 483, affg. 42 A D 2d 868). Hopkins, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.